# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS
(Topeka Docket)

UNITED STATES OF AMERICA,

    Plaintiff,

v.                 CASE NO.: <u>19-mj-5098-ADM</u>

JAMES E. FREEMAN,

    Defendant.

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

COUNT ONE
18 U.S.C. § 2113(a)
(Bank Robbery)

That on or about September 4, 2019, in the District of Kansas, the defendant,

JAMES E. FREEMAN,

by force, violence, and intimidation, did take from the person and presence of another, namely, K.H., money and property and a thing of value, namely, United States currency,

1

belonging to and in the care, custody, control, management, and possession of U.S. Bank, located at 719 South Kansas Avenue, Topeka, Kansas, a bank, the deposits of which are insured by the Federal Deposit Insurance Corporation (FDIC); all in violation of Title 18, United States Code, Section 2113(a).

## PENALTIES

- A term of imprisonment not to exceed twenty (20) years.
  18 U.S.C. § 2113(a)

- A fine not to exceed $250,000.00.
  18 U.S.C. § 3571(b)(3)

- Or both.

- A term of supervised release not to exceed three (3) years.
  18 U.S.C. § 3583(b)(2)

- A mandatory special assessment of $100.00 per count of conviction.
  18 U.S.C. § 3013(a)(2)(A)

I further state that I am a Special Agent and sworn officer of the Federal Bureau of Investigation (FBI) and that this complaint is based on the following facts:

SEE ACCOMPANYING AFFIDAVIT WHICH IS INCORPORATED BY REFERENCE AS THOUGH SET OUT IN FULL HEREIN.

_K. C. Mills_
KEVIN MILLS
Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence on this ___5th___ day of September, 2019 at Topeka, Kansas.

_Angel Mitchell_
ANGEL D. MITCHELL
United States Magistrate Judge
District of Kansas

3